# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODNEY E. FOUST, *individually and as Administrator of the Estate of Hunter W.P. Foust*, | No. 4:24-CV-00155 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE POLICE OFFICER CORPORAL NORMAN STRAUSS III, *et al.*, | |
| Defendants. | |
| PENNSYLVANIA STATE POLICE OFFICER CORPORAL NORMAN STRAUSS III, | |
| Counterclaim Plaintiff, | |
| v. | |
| RODNEY E. FOUST, *individually and as Administrator of the Estate of Hunter W.P. Foust*, | |
| Counterclaim Defendant. | |
| ANGEL BAILEY, *individually and as Administrator of the Estate of Hunter W.P. Foust*, | No. 4:25-CV-00758 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE POLICE OFFICER CORPORAL NORMAN STRAUSS III, *et. al.*, | |
| Defendants. | |

# ORDER

### NOVEMBER 12, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The motion to reopen the case pursuant to Federal Rule of Civil Procedure 60(b)(6) filed in *Foust v. Strauss*, 4:24-CV-00155 (Doc. 16) is **GRANTED** and that matter is hereby **REOPENED**;

2. The motion to stay filed in *Bailey v. Strauss*, 4:25-CV-00758 (Doc. 5) is **GRANTED** in part; and

3. The Clerk of Court is directed to **CONSOLIDATE** these matters.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge